Charles Deng Acupuncture, P.C., as Assignee of Nina Amin, Appellant, 
against
Farmington Casualty Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered February 4, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
Contrary to plaintiff's arguments on appeal, the proof submitted by defendant established that the denial of claim forms had been timely mailed (see St. Vincent's
Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]), and that defendant had fully paid plaintiff for the services at issue in accordance with the workers' compensation fee schedule. 
Accordingly, the order is affirmed. 
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: September 15, 2016